**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2026
```

-------------------------------------------------------------------X

DIGIACINTO, et al.,

**26-CV-196 (GHW) (KHP)**

                                   Plaintiffs,

                                                                                        **ORDER**

                    -against-

SAMSUNG ELECTRONICS AMERICA, INC.,

                                   Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The parties in the above-captioned case appeared before the undersigned for a case management conference on May 12, 2026.  The Court ordered, on the record, that within the next 30 days, that is by **June 11, 2026**, Defendant is to provide information to Plaintiffs regarding the screen flow instructions containing the alleged arbitration agreement, including examples of language, and dates the screen flow with the arbitration provision was in effect**.** By no later than **June 11, 2026**, Plaintiffs must provide answers to defense counsel on the remaining questions regarding the identification of their respective use of the Samsung "smart television."

        A case management conference in this matter is scheduled for **Tuesday, June 30, 2026 at 12:00 p.m.**  At the scheduled time, the parties shall dial **(646)-453-4442, conference ID: 145**

**498 007#.**  The Initial Case Management Conference currently scheduled for **May 28, 2026** is

hereby adjourned *sine die*.

       **SO ORDERED.**

Dated: May 12, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2