USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

DIGIACINTO, et al.,

Plaintiffs,

-against-

SAMSUNG ELECTRONICS AMERICA, INC.,

Defendant.

------------------------------------------------------------------X

**26-CV-196 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on July 14, 2026, all deadlines in this case are hereby adjourned *sine die.*

**SO ORDERED.**

DATED: New York, New York
July 15, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge